SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

KIRSTIN M. AULT (CABN 206052)
Assistant U.S. Attorney

450 Golden Gate Ave., Box 36055   E-filing
San Francisco, CA 94102
Telephone: (415) 271-3059
Facsimile: (415) 436-7234

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JONATHAN PAUL LINDER<br>a/k/a EDWARD SUAREZ,<br><br>   Defendant. | CRIMINAL NO. 07-20148 WDB<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on or about March 9, 2007, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued in case number 03CR293-L in the Southern District of California, upon an

☐ Indictment

☐ Information

☐ Criminal Complaint

X  Other (describe): Supervised Release Violation Petition

1

1  In that case, the defendant is charged with a violation of Title 18, United States Code,
2  Section 3583, violation of conditions of supervised release.
3  Description of Charges: Defendant committed multiple violations of supervised release,
4  including committing a new violation of law, resisting arrest, failure to notify probation officer of
5  his arrest, failing to submit a complete and accurate written report.
6  Maximum Penalties: 2 years imprisonment, additional term of supervised release
7  (statutory maximum of life, less the term of imprisonment imposed upon revocation).

Respectfully Submitted,

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

Date: 3-12-07

KIRSTIN M. AULT
Assistant U.S. Attorney

AO 442

173668　　N/CR

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

84052-198
2/25/44

UNITED STATES OF AMERICA

V.　　**WARRANT FOR ARREST**

JONATHAN PAUL LINDER
CHARGED AS EDWARD SUAREZ

CASE NUMBER:　03CR293-L

To:　The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest　　JONATHAN PAUL LINDER

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment　☐ Information　☐ Complaint　☐ Order of Court　☐ Violation Notice　☑ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense)

21:952 AND 960

MAY 22 11 51 AM '06

In violation of Title　　See Above　　United States Code, Section(s)

W. Samuel Hamrick, Jr.　　　　　　　　Clerk of the Court
Name of Issuing Officer　　　　　　　　Title of Issuing Officer

Arvaunti Victoria　　　　　　　　　　　5/19/06 SAN DIEGO
Signature of Deputy　　　　　　　　　　Date and Location

Bail fixed at $　　　NO BAIL　　　by　　The Honorable M. JAMES LORENZ
　　　　　　　　　　　　　　　　　　　　　　　Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Class I "D"　　　　Locks　　　　Lic 5/24

PROB 12C
(04/05)

May 16, 2006

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Jonathan Paul LINDER (English)  **Dkt No.:** 03-CR-0293-001
  Charged As: Edward Suarez

**Reg. No.:** 84052-198

**Name of Sentencing Judicial Officer:** The Honorable M. James Lorenz, U.S. District Judge

**Date of Sentence:** July 25, 2003

**Original Offense:** 21 U.S.C. §§ 952 and 960, Importation of Marijuana, a Class B felony.

**Sentence:** 24 months custody, 4 years supervised release *(Special Conditions: not possess firearms; submit to search; not operate a motor vehicle unless properly licensed; not enter or reside in the Republic of Mexico without the permission of the Court or probation officer; report all vehicles owned and operated; and resolve all outstanding warrants within 120 days).* $100 special assessment.

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** November 10, 2004

**Asst. U.S. Atty.:** Kevin M. Mulcahy     **Defense Counsel:** Carey Caruso (Retained)
                                                    (310) 553-8580

**Prior Violation History:** None

---

## PETITIONING THE COURT

### TO ISSUE A NO-BAIL BENCH WARRANT

PROB 12C
Name of Offender: Jonathan Paul LINDER
Docket No.: 03-CR-0293-001-L

May 16, 2006
Page 2

The probation officer believes that the offender has violated the following conditions of supervision:

| CONDITIONS | | ALLEGATIONS OF NONCOMPLIANCE |
|---|---|---|
| **(Mandatory Condition)**<br>Not commit another federal, state, or local crime. (hv?) | 1. | On January 12, 2006, Mr. Linder resisted arrest, in violation of California Penal Code § 148, as evidenced by Contra Costa County Sheriff's Department arrest report No. 06-1077. |
| **(Standard Condition)**<br>Notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. (hv/6) | 2. | Mr. Linder failed to notify his probation of his law enforcement contacts occurring on January 12 and 13, 2006. |
| **(Standard Condition)**<br>Report to the probation officer and submit a truthful and complete written report within the first five days of the month. (hv7) | 3. | Mr. Linder failed to report his law enforcement contacts occurring on January 12, and 13, 2006, on his written report for January 2006. |

***Grounds for Revocation:*** As to the above-three allegations, I have received and reviewed the Contra Costa County Sheriff's Department arrest report No. 06-1077 which confirms the following: On January 12, 2006, Mr. Linder was observed by a sheriff's deputy riding a bicycle without a light. Mr. Linder did not obey the deputy's repeated commands to stop and was finally stopped and taken into custody with the assistance of a police dog. After receiving medical treatment for dog bite wounds, he was cited and released from custody. On January 13, 2006, Mr. Linder went to the sheriff's station to claim his property. At the station the offender was uncooperative and refused to sign his name on the property cards writing, "without prejudice without recourse" on both cards. Not only did Mr. Linder failed to report both law enforcement contacts to his probation officer within the required 72 hour time-frame, but he failed to list the contacts on his monthly report for January 2006, as required. Attempts by the probation officer to contact Mr. Linder have been unsuccessful and his whereabouts is unknown.

Recent contact with the Contra Costa County District Attorney's Office reveals they have not filed any charges in connection with the incident, and the case is still under review.

PROB 12C

Name of Offender: Jonathan Paul LINDER  May 16, 2006
Docket No.: 03-CR-0293-001-L  Page 3

**U.S. Probation Officer Recommendation:** If found in violation, that supervised release be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 16, 2006

Respectfully submitted:  Reviewed and approved:

by _____  _____
E. Peter Nover  Julie Jauregui
U.S. Probation Officer  Supervising U.S. Probation Officer
(619) 557-5759

Attachments

---

**THE COURT ORDERS:**

✓ A NO-BAIL BENCH WARRANT BE ISSUED BASED UPON A FINDING OF PROBABLE CAUSE TO BRING THE OFFENDER BEFORE THE COURT TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED FOR THE ALLEGED VIOLATIONS.

____ Other _____

_____  5/18/06
The Honorable M. James Lorenz  Date
U.S. District Judge

PN/

I hereby attest and certify on 5/19/06
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ Deputy