BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500
Counsel for Defendant LINDER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JONATHAN LINDER ) <br> ) <br> Defendant. ) <br> ) | No. CR 07-70148-WDB <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING RE: SUPERVISED RELEASE VIOLATION <br><br> Date: May 7, 2007 <br> Time: 10:00 a.m. <br> Court: Hon. Wayne D. Brazil <br> U.S. Magistrate Judge |

Defendant Jonathan Linder and the government, through counsel, hereby stipulate and request that the status hearing currently set for Monday, May 7, 2007, at 10:00 a.m. be continued until Monday, May 21, 2007, at 10:00 a.m.  The parties request this continuance because, at this time, the transfer of Mr. Linder's supervised release from the Southern District of California has been initiated but not yet been completed.  The Probation Office in our district only received the transfer request from the Southern District very recently and thus it will not be possible for this office to review the request and have all transfer paperwork completed by May 7.   For this reason,

- 1 -

the parties agree that another brief continuance is warranted.

SO STIPULATED.

Dated:    May 4, 2007                        /S/
                                             _____
                                             HILARY A. FOX
                                             Attorney for Defendant LINDER

SO STIPULATED.

Dated:    May 4, 2007                        /S/
                                             _____
                                             MAUREEN BESSETTE
                                             Assistant United States Attorney

<u>SIGNATURE ATTESTATION</u>

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document

**ORDER**

Based on the parties' above stipulation, and good cause appearing, it is hereby ORDERED that the status hearing currently set for Monday, May 7, 2007 at 10:00 a.m. is continued to Monday, May 21, 2007 at 10:00 a.m.

IT IS SO ORDERED.

Dated: May __, 2007                          _____
                                             WAYNE D. BRAZIL
                                             United States Magistrate Judge