| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 03-CR-0293-001-L |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | CR07-0294 MJJ |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jonathan Paul LINDER<br>201 University Avenue, H7<br>Berkeley, CA 84710 | Southern California | San Diego |
| | NAME OF SENTENCING JUDGE | |
| | M. James Lorenz | |
| | DATES OF SUPERVISED RELEASE | FROM<br>11/10/04 |

**OFFENSE**

21 U.S.C. §§ 952 and 960, Importation of Marijuana

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the NORTHEN DISTRICT OF CALIFORNA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4/26/07
Date

M. James Lorenz
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHEN DISTRICT OF CALIFORNA

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

MAY 11 2007
Effective Date

United States District Judge

pn/pn