1  BARRY J. PORTMAN
   Federal Public Defender
2  HILARY A. FOX
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607
4  Tel: (510) 637-3500
   Counsel for Defendant LINDER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 07-00294 MJJ (WDB) |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER TO CONTINUE STATUS |
| | ) | HEARING RE: SUPERVISED |
| JONATHAN LINDER | ) | RELEASE VIOLATION |
| | ) | |
| Defendant. | ) | Date:    May 21, 2007 |
| | ) | Time:    10:00 a.m. |
| | | Court:   Hon. Wayne D. Brazil |
| | | U.S. Magistrate Judge |

   Defendant Jonathan Linder and the government, through counsel, hereby stipulate and request that the status hearing currently set for Monday, May 21, 2007, at 10:00 a.m. be continued until Friday May 25, 2007, at 10:00 a.m.  The parties request this continuance because Mr. Linder has a court appearance on that date in Walnut Creek, and Friday, May 25, is the next available date for all parties.  For this reason, the parties agree that another brief continuance is warranted.

- 1 -

SO STIPULATED.

Dated:     May 17, 2007                             /S/
                                                    _____
                                                    HILARY A. FOX
                                                    Attorney for Defendant LINDER

SO STIPULATED.

Dated:     May 17, 2007                             /S/
                                                    _____
                                                    MAUREEN BESSETTE
                                                    Assistant United States Attorney

<u>SIGNATURE ATTESTATION</u>

```
    I hereby attest that I have on file all holograph signatures
indicated by a "conformed" signature ("/S/") within this efiled
document
```

## **ORDER**

Based on the parties' above stipulation, and good cause appearing, it is hereby ORDERED that the status hearing currently set for Monday, May 21, 2007 at 10:00 a.m. is continued to Friday, May 25, 2007 at 10:00 a.m.

IT IS SO ORDERED.

Dated: May __, 2007                                 _____
                                                    WAYNE D. BRAZIL
                                                    United States Magistrate Judge