# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
Oakland Venue

FILED
DEC 12 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Petition for Summons for Offender Under Supervision**

Name of Offender:      Jonathan Paul Linder         Docket No.:  CR 07-00294-01 MJJ

Name of Sentencing Judge:   James Lorenz
United States District Judge
Southern District of California

Date of Original Sentence:   July 25, 2003

Original Offense:
Count One: Importation of Marijuana, 21 U.S.C. §§ 952 and 960, a Class B felony.

Original Sentence: 24 months custody, 4 years supervised release.
Special Conditions: Special assessment $100, search; not own or possess any firearms, explosive device, dangerous weapon; not operate a motor vehicle unless properly licensed to do so; not enter or reside in the Republic of Mexico without written permission of the Court or probation officer; report all vehicles owned or operated or which you have any interest: resolve all outstanding warrants within 120 days.

On May 11, 2007, jurisdiction was transferred from the Southern District of California to the Northern District of California.

Prior form(s) 12;

On June 26, 2007, the court modified the conditions of supervised release to include 90 days of home confinement with electronic monitoring, including the use of global position satellite systems.

Type of Supervision: Supervised Release      Date Supervision Commenced: November 10, 2004
Assistant U.S. Attorney: Maureen Besette           Defense Counsel: Hillary Fox (AFPD)

### Petitioning the Court

The issuance of a summons for the offender to appear in court before Magistrate Judge Wayne D. Brazil for identification of counsel and setting of further proceedings on December 20, 2007 at 10:00am

NDC-SUPV-FORM 12C(1) 03/23/05

Jonathan Paul Linder                                                                                    Page 2
CR 07-00294-01

I, Cristopher Taylor, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender is in violation of the special condition added June 26, 2007, which directs that he shall participate in the Home Confinement with Electronic Monitoring Program, to include the use of Global Positioning Satellite Systems (GPS), and shall abide by all the requirements of the program for three months. |
| | While under home confinement on November 27, 2007, the offender traveled out of the Northern District of California without permission to attend a concert performance by the rock band, Van Halen, in Sacramento, California. |
| | Evidence to support this charge is gleaned from review of data contained in the monitoring software which recorded data from the GPS tracking device being carried by the offender. |
| Two | There is probable cause to believe that the offender violated standard condition number one that the defendant shall not leave the judicial district without authorization. |
| | While under home confinement on November 27, 2007, the offender traveled out of the Northern District of California without permission to attend a concert performance by the rock band, Van Halen, in Sacramento, California. |
| | Evidence to support this charge is gleaned from review of data contained in the monitoring software which recorded data from the GPS tracking device being carried by the offender. |

Jonathan Paul Linder                                                                                           Page 3
CR 07-00294-01

Three           There is probable cause to believe that the offender violated standard condition number two that the defendant shall report to the probation officer as directed.

                The offender failed to report to the Oakland, California United States Probation Officer as directed on Friday November 30, and December 6, 2007.

                Evidence to support this charge is contained in the United States Probation chronological records report dated November 29, November 30, December 4, and December 6, 2007.

Address of offender:    Dock E-33 Berkeley Marina
                        Berkeley, CA 94719

Based on the foregoing, there is probable cause to believe that Jonathan Paul Linder violated the conditions of his supervision.

Respectfully submitted,

_____
Cristopher Taylor
U.S. Probation Officer
Date Signed:  December 6, 2007

                                        Approved as to form:

                                        _____
                                        Marlana R. Peter
                                        Supervisory U.S. Probation Officer

NDC-SUPV-FORM 12C(1) 03/23/05

Jonathan Paul Linder                                                                                      Page 4
CR 07-00294-01

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☑ The issuance of a summons for the offender to appear in court before Magistrate Judge Wayne D. Brazil for identification of counsel and setting of further proceedings on December 20, 2007 at 10:00am

☐ Other:

___12/11/2007___                                    ___[signature]___
Date                                                          Martin J. Jenkins
                                                                  United States District Judge

NDC-SUPV-FORM 12C(1) 03/23/05