BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500
Counsel for Defendant LINDER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                    )<br>                                              )<br>                   Plaintiff,                )<br>                                              )<br>         v.                                  )<br>                                              )<br> JONATHAN LINDER                              )<br>                                              )<br>                   Defendant.                )<br>_____)  | No. CR 07-0294-MJJ<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING RE: SUPERVISED RELEASE VIOLATION<br><br>Date:  January 24, 2008<br>Time:  2:00 p.m.<br>Court: Hon. Martin J. Jenkins<br>       U.S. District Court |

Defendant Jonathan Linder and the government, through counsel, hereby stipulate and request that the hearing currently set for Thursday, January 24, 2008, at 2:00 p.m. be continued until Friday, February 15, 2008 at 2:30 p.m. The parties request this continuance because defense counsel will be out of the office and not available on the afternoon of January 24, and the Probation Officer is not available on the Court's next calendar on February 7, 2008. Mr. Linder is out of custody and has no objection to the continuance. The Probation Officer has been notified, does not object to the continuance and will be available on the new date.

- 1 -

SO STIPULATED.

Dated:     January 18, 2008                    /S/
                                               _____
                                               HILARY A. FOX
                                               Attorney for Defendant LINDER

SO STIPULATED.

Dated:   January 18, 2008                      /S/
                                               _____
                                               ANDREW HUANG
                                               Assistant United States Attorney

<u>SIGNATURE ATTESTATION</u>

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**<u>ORDER</u>**

Based on the parties' above stipulation, and good cause appearing, it is hereby ORDERED that the status hearing currently set for Thursday, January 24, 2008, at 2:00 p.m. is continued until Friday, February 15th, 2008 at 2:30 p.m.

IT IS SO ORDERED.

Dated: January __, 2008
                                               _____
                                               MARTIN J. JENKINS
                                               United States District Court