1  BARRY J. PORTMAN
   Federal Public Defender
2  HILARY A. FOX
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607
4  Tel: (510) 637-3500
   Counsel for Defendant LINDER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 07-0294-MJJ |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER TO CONTINUE HEARING |
| | ) | RE: SUPERVISED RELEASE |
| JONATHAN LINDER | ) | VIOLATION |
| | ) | |
| Defendant. | ) | Date:  January 24, 2008 |
| | ) | Time:  2:00 p.m. |
| | | Court: Hon. Martin J. Jenkins |
| | | U.S. District Court |

Defendant Jonathan Linder and the government, through counsel, hereby stipulate and request that the hearing currently set for Thursday, January 24, 2008, at 2:00 p.m. be continued until Friday, February 15, 2008 at 2:30 p.m. The parties request this continuance because defense counsel will be out of the office and not available on the afternoon of January 24, and the Probation Officer is not available on the Court's next calendar on February 7, 2008. Mr. Linder is out of custody and has no objection to the continuance. The Probation Officer has been notified, does not object to the continuance and will be available on the new date.

- 1 -

SO STIPULATED.

Dated:    January 18, 2008                    /S/
                                              _____
                                              HILARY A. FOX
                                              Attorney for Defendant LINDER

SO STIPULATED.

Dated:   January 18, 2008                     /S/
                                              _____
                                              ANDREW HUANG
                                              Assistant United States Attorney

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

Based on the parties' above stipulation, and good cause appearing, it is hereby ORDERED that the status hearing currently set for Thursday, January 24, 2008, at 2:00 p.m. is continued until Friday, February 15th, 2008 at 2:30 p.m.

IT IS SO ORDERED.

Dated: January 22, 2008                       _____
                                              MARTIN J. JENKINS
                                              United States District Court