```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  ANDREW S. HUANG (CABN 193730)
    Assistant United States Attorney
 5
       1301 Clay Street, Suite 340S
 6     Oakland, California 94612
       Telephone: (510) 637-3680
 7     Facsimile: (510) 637-3724
       E-Mail: andrew.huang@usdoj.gov
 8
    Attorneys for the United States of America
 9
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00294 MJJ |
| Plaintiff, | ) ) | NOTICE SUBSTITUTION OF ATTORNEY |
| v. | ) ) | |
| JONATHAN LINDER, | ) ) | |
| Defendant. | ) ) | |

Please take notice that as of January 24, 2008, the Assistant U.S. Attorney whose name, address, telephone number and email address are listed below was assigned to be counsel for the government.

>Assistant U.S. Attorney Andrew S. Huang
>1301 Clay Street, Suite 340S
>Oakland, CA 94612
>Telephone: (510) 637-3703
>Andrew.Huang@usdoj.gov

DATED: January 24, 2008           Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ANDREW S. HUANG
Assistant United States Attorney

NOTICE OF SUBSTITUTION
OF ATTORNEY
CR-07-00294 MJJ