UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

| | |
|---|---|
| **THE HONORABLE MARTIN J. JENKINS** | Courtroom Clerk: **Monica Narcisse** |
| Date: **February 15, 2008** [**3:07 - 3:11 p.m.**] | Court Reporter: **Diane Skillman** |

Case No:    **CR07-00294-1 MJJ**

DEFENDANT:    **JOHN PAUL LINDER**    (**x**) Present    ( ) Not Present    ( ) In Custody

AUSA:    **Andrew Heung**    DEF ATTY:    **Hilary Fox**

Interpreter:        Probation Officer:    **Christopher Taylor**

TYPE FOR HEARING:    **Status re: Supervised Release Revocation**


Motion(s), if any, to be filed on or before:
Opposition due:
Reply(s)


ORDER AFTER HEARING(S):
- 


PRETRIAL CONFERENCE:
TRIAL SET for:

CASE CONTINUED TO:    **February 29, 2008 @ 2:30 p.m.**    for    **Supervised Release Revocation**
                                    (**Oak #4**)

BASIS TO EXCLUDE TIME GRANTED FOR:        Thru


JUDGMENT:


Notes: