# FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

February 29, 2008

The Honorable Martin J. Jenkins
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA

Re:   *United States v. Jonathan Linder*, CR 07-00294-MJJ

Your Honor:

I am writing to confirm that Mr. Linder has now completed his registration as a narcotics offender and has provided confirmation of this registration to the Probation Office. In addition, Mr. Linder has provided the Probation Office and the government with a copy of a letter we received from Crisis Support Services of Alameda County regarding his volunteer work, which he is completing in connection with his training as a therapist. A copy of that letter is enclosed for the Court's review.

Sincerely,

BARRY J. PORTMAN
Federal Public Defender

/S/
HILARY A. FOX
Assistant Federal Public Defender

HAF
encl.

Cc: Andrew Huang, AUSA
    Cris Taylor, USPO