

P.O. Box 3120
Oakland CA, 94609
510 420.2460  *Business Line*
510 420.2461  *Fax*
800 309.2131  *Crisis Hotline*

February 14, 2008

RE: Letter of Support for Jonathan Linder

Dear Judge Jenkins,

My name is Binh Au and I am the volunteer coordinator at Crisis Support Services of Alameda County. Crisis Support Services of Alameda County offers support to people of all ages and backgrounds during times of crisis. Founded on the humanistic idea that skilled intervention by nonprofessionals can help people in emotional crisis, we work to prevent suicide and offer hope and caring during times of hopelessness.  For more than forty years, Crisis Support Services has operated its 24-hour Crisis Line. Currently we respond to more than 50,000 calls each year.  Most of the work on our crisis lines involves supportive communication with people who are struggling with difficult life transitions or situations including times of grief and loss.

From October, 2007 to the present Jonathan Linder has been a tireless volunteer on the lines, accumulating nearly 150 hours of service to his community, the County of Alameda and beyond, on our crisis support phone lines. Jon is committed to this difficult work and has assured me of his intent to continue to volunteer on the crisis lines.

As a volunteer on our phone lines, Jon provides compassion and care to those in pain. He brings a high level of passion and professionalism and has already been responsible for initiating emergency services on behalf of several callers in need, arguably saving their lives. His dynamic presence is a boon to his colleagues and bolsters the services that we are able to provide to our clients. He is always the first to volunteer to cover shorthanded shifts with great generosity. I always feel uplifted and fortified when I am lucky enough to work on shifts with Jon. His positive attitude and enthusiasm are truly contagious.

I sincerely hope that the court will consider our needs and the benefit to the community and society at large when it takes into account Jon's particular circumstances in its deliberations. I am thankful for the court permitting individuals to perform community service in lieu of monetary fines and incarceration as this allows organizations such as ours the opportunity to benefit from volunteers while perpetuating and hopefully, encouraging more of the volunteer spirit. Thank you again.

Sincerely,

Binh Au, Volunteer Coordinator
Crisis Support Services of Alameda County
510-420-2474
binh@crisissupport.org