UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**



FILED
FEB 2 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE HONORABLE MARTIN J. JENKINS         Courtroom Clerk:  Monica Narcisse

Date: February 29, 2008  [1:46 - 2:04 pm]        Court Reporter: Starr Wilson

**Case No:**   CR07-00294-1 MJJ

**DEFENDANT:**   JOHN PAUL LINDER      (X) Present   () Not Present   () In Custody

AUSA:    Keslie Stewart          DEF ATTY:  Hilary Fox

Interpreter:         Probation Officer:   Chris Taylor

**TYPE FOR HEARING:**   Final Hearing re: Supervised Release

Motion(s), if any, to be filed on or before:
Opposition due:
Reply(s)

**ORDER AFTER HEARING(S):**
- Defendant admits to charge 3 of Supervised Release. Court accepts stipulation and admission and revokes defendant's Supervised Release. Charges One, Two, Four & Five are dismissed. Time waived for sentencing.

PRETRIAL CONFERENCE:
TRIAL SET for:

CASE CONTINUED TO:        for

BASIS TO EXCLUDE TIME GRANTED FOR:        Thru

**JUDGMENT:**   Defendant is sentenced to the Bureau of Prisons for a term of **30 days**. Supervised Release shall be reinstated and restored with same terms and conditions set forth in the judgment and commitment order after his release from imprisonment. Surrender date: 7/11/2008 by 12 noon. Supervised Release shall terminate on 11/06/2009.

Notes: